IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02102-MSK-BNB

SHARON MOGHADAMNIA, as the surviving spouse of Shahram Moghadamnia other Shahram Moghadamnia

Plaintiff,

v.

UNITED STATES OF AMERICA, and
DOES 1 through X, inclusive,

Defendants.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

IT IS ORDERED that the **Joint Motion to Amend Scheduling Order** [Doc. # 24, filed 2/23/2010] is GRANTED, and the case schedule is modified to the following extent:

        Discovery Cut-Off:        July 30, 2010

        (All discovery must be completed by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

        Dispositive Motions Deadline:        August 31, 2010

        Expert Disclosures:

        (a)    The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before May 31, 2010

        (b)    The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before June 15, 2010

DATED: February 26, 2010